AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

THE PREMISES OF DENNIS SHARP
713 D STREET, NE, #D
WASHINGTON, DC AND
THE COMPUTER(S) LOCATED
THEREIN

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I _____TIMOTHY PALCHAK_____ being duly sworn depose and say:

I am a(n)____Detective with the Metropolitan Police Department_____ and have reason to believe
    (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
713 D Street, NE, #D, Washington, DC, and the computer(s) therein, is described as a red-brick, multi unit row house,
as further described in attachment A, which is attached hereto and is incorporated reference

there is now concealed a certain person or property, namely (describe the person or property to be searched)
**contents more fully described in ATTACHMENT A, which is attached hereto and is incorporated reference**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**evidence, fruits, and instrumentalities of the crimes**

concerning a violation of Title   18   United States Code, Section(s) §§ 2252, 2252A  . The facts to support a finding
of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED
HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

JEFFREY PEARLMAN
Federal Major Crimes Section                         _____
(202) 353-2385                                       Signature of Affiant
                                                     Timothy Palchak, Detective,
Sworn to before me, and subscribed in my presence    Metropolitan Police Department

_____                     at Washington, D.C.
Date

_____                     _____
Name and Title of Judicial Officer                   Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT
FOR THE PREMISES KNOWN AS
713 D Street Northeast # D Washington, DC

I, Timothy Palchak, being duly sworn, depose and state the following

1.   Your Affiant has been a police officer with the United States Washington D.C. Metropolitan Police Department since 1994.   In 2000 I was promoted to Detective Grade 2 and am currently serving at this rank.   During my twelve year tenure with the Metropolitan Police Department I have been assigned to the Third District Patrol Operations, Prostitution Enforcement Unit, and I am currently assigned to the Northern Virginia Regional Internet Crimes Against Children Task Force. I have received training in the following subject areas:  Family Violence and Child Protection, Basic Investigator Course, Interview and Interrogation, Sexual Assault Nurse Examination, Children's Hospital Conference on Responding to Child Maltreatment, Child Abuse and Child Exploitation Investigation techniques, undercover Internet Crimes Against Children (ICAC) investigations course and Image scanning. I have participated in numerous child abuse investigations, child sex abuse investigations and ICAC investigations, including investigations of on-line child sexual exploitation offenses.

2.   This affidavit is submitted in support of an application for a search warrant for the residence of Dennis Sharp 713 D Street Northeast, # D Washington, DC and the computer(s) located therein, for evidence of violations of Title 18, United States Code, Sections 2252 & 2252A.    The Subject Premises are more fully described in Attachment A.

3.   Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.   I have set forth facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18, United States Code, Sections 2252 and 2252A is presently located at the Subject Premises.

1

**RELEVANT STATUTES**

4.  This investigation concerns alleged violations of 18 U.S.C.  2252 and 2252A, relating to material involving the sexual exploitation of minors.

5.  18 U.S.C.  2252 and 2252A prohibit a person from knowingly transporting, receiving, distributing or possessing in interstate or foreign commerce, by computer or mail, any visual depiction of minors engaging in sexually explicit conduct (child pornography).

**DEFINITIONS**

6.  The following definitions apply to this Affidavit and Attachment B to this Affidavit:

7.  Child Pornography includes the definition in 18 U.S.C.  2256(8) (any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct).

8.  "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image.  See 18 U.S.C.  2256(5).

9.  "Minor" means any person under the age of eighteen years.  See 18 U.S.C. 2256(1).

10.  "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.  See 18 U.S.C. 2256(2).

11.  *"Internet Service Providers"* or *"ISPs"* are commercial organizations which provide individuals and businesses access to the Internet.  ISPs provide a range of functions for their customers, including access to the Internet, web hosting, e-mail, remote storage, and co-location of computers and other communications equipment. ISPs can offer various means by which to access the Internet including telephone based dial-up, broadband based access via a digital subscriber line (DSL) or cable television, dedicated circuits, or satellite based subscription.  ISPs typically charge a fee based upon the type of connection and volume of data, called bandwidth that the connection supports.  Many ISPs assign each subscriber an account name such as a user name or screen name, an e-mail address, and an e-mail mailbox, and the subscriber typically creates a password for the account.  By using a computer equipped with a telephone or cable modem, the subscriber can establish communication with an ISP over a telephone line or through a cable system, and can access the Internet by using his or her account name and password.

12.  *"Domain Name"* refers to the common, easy to remember names associated with an Internet Protocol address.  For example, a domain name of "www.usdoj.gov" refers to the Internet Protocol address of 149.101.1.32.  Domain names are typically strings of alphanumeric characters, with each level delimited by a period.  Each level, read backwards- from right to left- further identifies parts of an organization.  Examples of first level, or top-level domains are typically .com for commercial organizations, .gov for the governmental organizations, .org for organizations, and, .for educational organizations.  Second level names will further identify the organization, for example usdoj.gov further identifies the United States governmental agency to be the Department of Justice.  Additional levels may exist as needed until each machine is uniquely identifiable.  For example, www.usdoj.gov identifies the World Wide Web server located at the United States Department of Justice, which is part of the United States government.

13.  *"Log Files"* are records automatically produced by computer programs to document electronic events that occur on computers.  Computer programs can record a wide range of events including remote access, file transfers, logon/logoff times, and

system errors.  Logs are often named based on the types of information they contain. For example, web logs contain specific information about when a website was accessed by remote computers; access logs list specific information about when a computer was accessed from a remote location; and file transfer logs list detailed information concerning files that are remotely transferred.

14.  "Hyperlink" refers to an item on a web page which, when selected, transfers the user directly to another location in a hypertext document or to some other web page.

15.  "Website" consists of textual pages of information and associated graphic images.  The textual information is stored in a specific format known as Hyper-Text Mark-up Language (HTML) and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol (HTTP).

16.  "Uniform Resource Locator" or "Universal Resource Locator" or "URL" is the unique address for a file that is accessible on the Internet.  For example, a common way to get to a website is to enter the URL of the website's home page file in the Web browser's address line.  Additionally, any file within that website can be specified with a URL.  The URL contains the name of the protocol to be used to access the file resource, a domain name that identifies a specific computer on the Internet, and a pathname, a hierarchical description that specifies the location of a file in that computer.

17.  The terms "records", "documents", and "materials", as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks (DVDs), Personal Digital Assistants (PDAs), Multi Media Cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

4

18.  Based upon my knowledge, training and experience, and the experience of other law enforcement personnel, I know that searches and seizures of evidence from computers commonly require agents to seize most of the computer items (hardware, software and instructions) to be processed later by a qualified computer expert in a laboratory or other controlled environment.  That is almost always true because of the following:

19.  Computer storage devices (like hard drives, diskettes, tapes, laser disks, Bernoulli drives and others) store the equivalent of thousands of pages of information. Especially when the user wants to conceal criminal evidence, he or she may store it in random order with deceptive file names.  This requires searching authorities to examine all the stored data to determine whether it is included in the warrant.  This examination process can take weeks or months, depending on the volume of the data stored, and it would be impractical to attempt this kind of data search on-site.

20.  Searching computer systems for criminal evidence is a highly technical process requiring expert skills in a properly controlled environment.  The vast array of computer hardware and software available today requires even computer experts to specialize in some systems and applications.  It is difficult to know before a search which expert should analyze the system and its data.  A search of a computer system is an exacting scientific procedure, which is designed to protect the integrity of the evidence and to recover hidden, erased, compressed, password-protected, and other encrypted files. Because computer evidence is extremely vulnerable to tampering and destruction (both from external sources and from code embedded in the system as "booby-trap"), the controlled environment of a laboratory is essential to its complete and accurate analysis.

21.  In order to fully retrieve data from a computer system, the analyst needs all magnetic storage devices, as well as the central processing unit ("CPU").  In cases like this one, where the evidence consists partly of graphic files, the monitor and printer are also essential to show the nature and quality of the graphic images that the system can produce.  In addition, the analyst needs all assisting software (operating systems or interfaces, and hardware drivers) and any applications software, which may have been

5

used to create the data (whether stored on hard drives or on external media), as well as all related instructional manuals or other documentation and security devices.

Moreover, searching computerized information for evidence or instrumentalities of crime commonly requires the seizure of the entire computer's input/output periphery devices (including related documentation, passwords and security devices) so that a qualified expert can accurately retrieve the system's data in a controlled environment. Peripheral devices, which allow users to enter and retrieve data from stored devices, vary widely in their compatibility with other hardware and software.   Many system storage devices require particular input/output devices in order to read the data on the system.  It is important that the analyst be able to properly retrieve the evidence sought.

**BACKGROUND REGARDING SEIZURE OF COMPUTERS**

22.   In addition to being evidence of a crime, in cases of this sort, there is probable cause to believe that the computer and its storage devices, the monitor, keyboard, printer, modem and other system components were used as a means of committing offenses involving the sexual exploitation of minors in violation of law, and should all be seized on that basis alone.   Accordingly, permission is sought herein to seize and search computers and related devices consistent with the scope of the requested search.

**BACKGROUND REGARDING THE INTERNET**

23. Your affiant has been formally trained in the investigation of crimes involving the sexual exploitation of children.   I also own my own computer; have personal knowledge of the operation of a computer since [1996].   Based on this training and knowledge, and the experience of other law enforcement personnel involved in this investigation, I know the following:

24.  The Internet is a worldwide computer network that connects computers and allows communications and the transfer of data and information across state and national boundaries.  A user accesses the Internet from a computer network or Internet

Service Provider ("ISP") that connects to the Internet.  The ISP assigns each user an Internet Protocol ("IP") Address.  Each IP address is unique. Every computer or device on the Internet is referenced by a unique IP address the same way every telephone has a unique telephone number. An IP address is a series of four numbers separated by a period, and each number is a whole number between 0 and 255.  An example of an IP address is 192.168.10.102.  Each time an individual access the Internet, the computer from which that individual initiates access is assigned an IP address.  A central authority provides each ISP a limited block of IP addresses for use by that ISP's customers or subscribers.

25. Most Photographs and other images can be used to create data that can be stored in a computer.  This storage can be accomplished using "scanner", which is an optical device that can recognize characters on paper and, by using specialized software, convert them to digital form.  Storage can also be captured from single frames of video and converted to an image file.  After the photograph or other image has been scanned into the computer, the computer can store the data from the image as an individual "file".  Such a file is known an image file.  Computers are capable of displaying an image file as a facsimile of the original image on a computer screen.

26.  The computer's capability to store images in digital form makes it an ideal repository for child pornography.  A single floppy or compact disk can store dozens of images and hundreds of pages of text.  The size of the electronic storage media (commonly referred to as a hard drive) used in home computers has grown tremendously within the last several years.  Hard drives with the capacity of 250 gigabytes are not uncommon.  These drives can store thousands of images at very high resolution.  Magnetic storage located in host computers adds another dimension to the equation.  It is possible to use a video camera to capture an image, process that image in a computer with a video capture board, and save that image to storage in another country.  Once this is done, there is no readily apparent evidence at the "scene of the crime".  Only with careful laboratory examination of electronic storage devices is it possible to recreate the evidence trail.

27.   With Internet access, a computer user can transport an image file from the Internet or from another user's computer to his own computer, so that the image file is stored in his computer.   The process of transporting an image file to one's own computer is called "downloading".   The user can then display the image file on his computer screen, and can choose to "save" the image on his computer and or print out a hard copy of the image by using a printer device (such as a LaserJet or inkjet).

28.   Importantly, computer files or remnants of such files can be recovered months or even years after they have been downloaded onto a hard drive, deleted, or viewed via the Internet.   Electronic files downloaded to a hard drive can be stored for years at little to no cost.   Even when such files have been deleted, they may be recoverable months or years later using readily-available forensic tools.   When a person "deletes" a file on a home computer, the data contained in the file does not actually disappear; rather, that data remains on the hard drive until it is overwritten by new data. Therefore, deleted files, or remnants of deleted files, may reside in free space or slack space B that is, in space on the hard drive that is not allocated to an active file or that is unused after a file has been allocated to a set block of storage space B for long periods of time before they are overwritten.   In addition, a computer's operating system may also keep a record of deleted data in "swap" or "recovery" file.   Similarly, files that have been viewed via the Internet are automatically downloaded into a temporary Internet directory or cache.   The browser typically maintains a fixed amount of hard drive space devoted to these files, and the files are only overwritten as they are replaced with more recently viewed Internet pages.   Thus, the ability to retrieve residue of an electronic file from a hard drive depends less on when the file was downloaded or viewed than on a particular user's operating system, storage capacity, and computer habits.

**BACKGROUND OF INVESTIGATION**

29.   In April 2006, Immigration and Customs Enforcement's Cyber Crimes Center, Child Exploitation Section initiated an investigation into a criminal organization operating a commercial child pornography website known as "Home Collection."   The

investigation has revealed that the same organization is operating numerous commercial child pornography websites.  In addition, the organization utilizes various [1]PayPal accounts to process the payments or access to the member restricted websites.

[1]The following information was obtained from PayPal's website located at URL http://www.PayPal.com : founded in 1998, PayPal, an eBay Company, enables any individual or business with an email address to securely, easily and quickly send and receive payments online using a credit card or bank account information.  It is the most popular way to electronically pay for eBay auctions and it is becoming an inexpensive way for merchants to accept credit cards in their on-line storefronts instead of using a traditional payment gateway.   PayPal's service builds on the existing financial infrastructure of bank accounts and credit cards and utilizes the world's most advanced proprietary fraud prevention systems to create a safe, global, real-time payment solution.  PayPal is a significant leader in online payment solutions, with 78 million account members worldwide.  PayPal is available in 56 countries and regions around the world.  Buyers and sellers on eBay, online retailers, online businesses, including operators and hosts of Internet websites, as well as traditional offline businesses, transact with PayPal.  PayPal identifies its accounts by the contact email address or addresses an account holder provides to PayPal as a contact address.

Buyers and sellers on eBay, online retailers, online businesses, including operators and hosts of Internet websites, as well as traditional offline businesses, transact with PayPal.  PayPal identifies its accounts by the contact email address or addresses an account holder provides to PayPal as a contact address.

30. The initial member restricted website was located at URL: http://members.homecollect.us     and was known as "Home Collection."    The investigation has revealed that the organization offered individuals monthly access to a member restricted website for $79.95 a month.  The member restricted website solicits customers through an advertising website.   The member restricted website communicates with customers via several different e-mail accounts.  ICE has conducted

over 60 undercover transactions at the advertising websites associated with this investigation, which provided access to approximately 23 different member restricted websites.

31.   Each one of the undercover purchases followed one of the below listed patterns:

Pattern One:

i.      The ICE agent accessed a specific advertising website.

ii.      The ICE agent was redirected to an "iWest" payment website and entered personally identifiable information, including credit card information. The "iWest" payment website identified a specific member restricted website through the use of the subject identifiers.

iii.       After completing the required information and clicking submit, the ICE agent was redirected to a second web page indicating the payment was currently being processed and to check for further information in the e-mail account provided by the ICE agent.

iv.      The ICE agent received an e-mail containing payment completion instruction, which included a hyperlink to a PayPal account.

v.      The ICE agent completed the transaction via the PayPal account.

vi.      The ICE agent received access to the member restricted website from one of the administrative e-mails associated with the criminal organization.

Pattern Two:

i.      The ICE agent accessed a specific advertising website.

ii.      The ICE agent was redirected to an "iWest" payment website and entered personally identifiable information, including credit card information. The "iWest" payment website identified a specific member restricted website through the use subject identifiers.

iii.      After completing the required information and clicking submit, the ICE agent was redirected to a second web page indicating the payment was currently

being processed.  The web page also contained a button the agent had to click to complete the payment.

iv.      The ICE agent clicked the button and was redirected to a secure PayPal payment web page.

v.      The ICE agent completed the transaction via the PayPal account.

vi.      The ICE agent received access to the member restricted website from one of the administrative e-mails associated with the criminal organization.

## IDENTIFICATION OF CERTAIN PAYPAL ACCOUNTS

32.    As indicated above, this criminal organization utilizes multiple PayPal accounts to process payments for the monthly subscription fees to the member restricted website.  PayPal maintains transactional records for each PayPal account. The transactional records indicate at least the following items: date of purchase, time of purchase, name of customer, subject identifier assigned by the owner of the PayPal account indicating what the customer is purchasing, amount of purchase, customer's IP address, customer's e-mail address, seller's e-mail address, and the Item ID.   In addition, PayPal also captures the customer's full billing address.

33.    From approximately June 2006 to February 2007, ICE agents identified numerous child exploitation advertising websites that used the "iWest" payment website.  As described in the two patterns listed in paragraph 31, ICE agents that conducted the undercover transactions would enter personally identifying information at the "iWest" payment website, but would ultimately be redirected to PayPal to complete the transaction.   ICE agents made undercover transactions for access to child exploitation member restricted websites to the following PayPal accounts:

| Business Name: | Primary E-Mail Address: |
|---|---|
| Proof Soft | androdork@gmail.com |
| Lencomps LTD | lencomps@juno.com |
| Proof Soft | a_chakin@yahoo.com |
| Belfast LTD | elfastltd@juno.com |
| Belfast LTD | ag89@nc.rr.com |

| | |
|---|---|
| Financial Services | belfast_ltd@juno.com |
| Proof Soft | pallone21@gmail.com |
| Bullet Proof Soft | rrpay@hotmail.com |
| Bullet Proof Soft | Preyes1101@hotmail.com |
| Bullet Proof Soft | freeawh_bsb@yahoo.com |
| Bullet Proof Soft | bsb22flash@yahoo.com |
| Lencomps LTD | lencompsltd@juno.com |
| N/A | r.corax@gmail.com |
| Jfire Financial | ufire@hotmail.com |
| A1_Soft_TM | ebfs@email.com |
| S_Market | carbonnoid@hotmail.com |

A.    Identification of the subject identifiers and Item IDs used in the PayPal accounts

34.    As discussed in paragraph 30, ICE agents have conducted over 60 undercover transactions during the course of this investigation.  The undercover transactions have identified a group of PayPal accounts that are being used to facilitate customer payments to specific child exploitation member restricted websites.  Those specific child exploitation member restricted websites can be identified in the PayPal transactional logs by the subject identifiers utilized by this criminal organization.  In or about November 2006, the criminal organization stopped utilizing the listed subject identifiers to identify the specific member restricted websites associated with each purchase.  They began using generic Invoice numbers, with a unique Invoice number assigned to each transaction.  In addition to the subject identifiers, the criminal organization also assigned Item IDs to each of the specific member restricted websites.  For each specific member restricted website, the criminal organization assigned a unique Item ID, which also appeared in the PayPal transactional logs.  The following subject identifiers with associated Item IDs were identified during undercover transactions:

| Subject Identifier: | Item Number: |
|---|---|
| Sexy Angels | 1000 |
| Desired Angels | 1001 |
| Home Collection | 1002 |
| SickCR Package v5.06 Build 3638 | 1003 |
| DarkRO XP Tools v2.04 | 1004 |

| | |
|---|---|
| Underage Home | 1005 |
| Angel Collection 1006 | 1006 |
| Angel Collection 1010 | 1010 |
| HL Package/Hardlovers Paysite | 1012 |
| RH Collection | 1013 |
| Spycam Lolitas | 1144 |
| Boys Say Go | 1156 |
| Video Shop CD1 | 1159 |
| Video Shop CD2 | 1160 |
| Video Shop CD3 | 1161 |
| Video Shop CD4 | 1162 |
| Video Shop CD5 | 1163 |
| Kidz Index | 1177 |
| CP City | 1202 |
| Lolivirgins | 1192 |
| Excited Angels | 1218 |
| Plola/reallola.info | 1172 |

**THE SUBJECT OF THIS SEARCH WARRANT**

35.   Analysis of the transactional logs obtained from PayPal provide the name and address of various customers that purchased access to at least one of the identified child pornography websites, including the subject of this search warrant as described and detailed below.

36. On November 13, 2006, Dennis Sharp made a payment to PayPal to the following email address: softprf@yahoo.com The payment (94.95) was for access to HL Package/Hardlovers Paysite

The member restricted website associated with the subject identifiers Hardlovers Paysite and HL Package is known as "Hard Lovers."  The member restricted website contained the following sections: "Home;" "Updates;" "Pictures;" "Video;" "Site Support;" and "Logout."  There were numerous galleries contained within the "Pictures" and "Video" sections.  A partial capture of the member restricted website was obtained to include the entire subdirectory entitled "Baby;" under the "Pictures" section.  In addition, within the subdirectory "Girls" under the "Pictures" section images from the following two galleries were captured: "Sabban" and "Vicky."  Several of the images depicted

13

lascivious displays of the female minors' genitalia.  In numerous images the female minors were engaged in sexually explicit conduct with adult males.  The images were submitted to NCMEC.  Of the approximately 1,980 images submitted to NCMEC, NCMEC was able to identify 570 images that depicted victims previously identified by law enforcement investigations.  The following image descriptions provide a sample of the content of the member restricted website:

Image kx04-03 (Inga)
(https://69.50.183.226:10000) (Baby/Gal09/kx04-03)
This image displays a nude prepubescent female minor.  Her left hand is grasping an adult male's penis.  Her right arm appears to be resting on the adult male's left leg.

Image lucy055 (Lucy)
(https://69.50.183.226:10000) (Baby/Lucy/lucy055)
This image displays a close up of a prepubescent female minor's vagina being penetrated by an adult male penis.  There are two separate frames. The upper frame shows the adult male's hand pushing his penis into the female minor's vagina.  The second frame shows the adult male's penis pushing against the female minor's vagina.

Image sabban52 (Sabban)
(https://69.50.183.226:10000) (Girls/Sabban/sabban52)
This image depicts a prepubescent female minor and a nude prepubescent male minor.  The male minor is sitting in a chair.  His left arm is draped across his stomach and his right arm is grasping the back of the female minor's head.  The female minor appears to be kneeling on the floor with her right arm resting on the left thigh of the male minor.  The female minor has the male minor's penis in her mouth.

The PayPal transactional logs provided the following relevant information for transaction # 1:

Date: 11/13/06
Time: 1924 (PST)
Name: Dennis Sharp
Subject: Invoice # 13361
Other IP: 172.150.198.224
Gross: $94.95
From Email Address: DdDgsharp@aol.com
To Email Address: softprf@yahoo.com
Item ID: 1012
First Name: Dennis
Last Name: Sharp
Primary Email: DdDgsharp@aol.com
Primary Address:713 D Street Northeast # D Washington, DC
Night Phone: 202 546-2671
Signup Date: November 13, 2006
Last Web Access: March 07, 2007

On December 4, 2007, Dennis Sharp made a payment to PayPal to the following email address: BELFAST_LTD@JUNO.COM.  The payment (99.95) was for access to "Homecollection"   The member restricted website associated with the subject identifiers Home Collection and Home Collection 1002 is known as "Home Collection CP Archive." The member restricted website contained the following sections: "News;" "Photos;" "Videos;" and "Software."  There were numerous galleries contained within the "Video" section.  The "Photos" section contained one gallery with approximately 19 images. Several of the images depicted lascivious displays of the female minors' genitalia.  The video files depicted female minors engaged in sexually explicit conduct with adult males. The images were not submitted to NCMEC.  The following image descriptions provide a sample of the content of the member restricted website:


Image 014

(http://homecollection.freeawh.com/members) (photos/retro/image014)

This image displays a prepubescent female minor in what appears to be a shower.  The female minor is urinating onto the shower floor.  There is a clear display of her vagina.

Video b7

(http://homecollection.freeawh.com/members) (videos/0002/b7)

This video depicts a nude prepubescent female minor engaged in oral copulation with an adult male.  The video is approximately 30 seconds in length.  The female minor is lying on the adult male's stomach with her right arm by the adult male's side.  It appears that she has one leg over each of the adult male's shoulders.

Video b14

(http://homecollection.freeawh.com/members) (videos/0004/b14)

This video depicts a nude prepubescent female minor engaged in sexual intercourse with a nude adult male.  The video is approximately 46 seconds in length.  The video begins with the adult male attempting to push his penis into the female minor's vagina while the female minor is lying on her back.  The next screens show the adult male sitting on a couch with the female minor straddling his legs.  He is holding the female minor and his penis is partially in the female minor's vagina.


Transaction #2

Date: 12/04/06
Time: 3:35 (PST)
Name: Dennis Sharp
Subject: Invoice # 20575
Other IP: 172.147.60.179
Gross: $99.95
From Email Address: DdDgsharp@aol.com
To Email Address: BELFAST_LTD@JUNO.COM
Item ID: 1002
First Name: Dennis
Last Name: Sharp
Primary Email: DdDgsharp@aol.com
Primary Address:713 D Street Northeast # D Washington, DC
Night Phone: 202 546-2671
Signup Date: November 13, 2006
Last Web Access: March 07, 2007

37. As stated in paragraph 34, ICE agents have conducted over 60 undercover transactions during the course of this investigation.  In conducting these undercover transactions, ICE agents have identified specific subject identifiers and Item Ids that are associated with child exploitation member restricted websites.  The subject identifier for transaction # 1 is "HL package/hardlovers paysite" which refers to a child exploitation member restricted website known as "Hardlovers." The subject identifier for transaction # 2 is "Homecollection 1002/homecollection" which refers to a child member restricted website known as "Homecollection.  ICE agents purchased access to this member restricted website on the following dates: 10/5/06; 10/10/06; 10/17/06; 10/23/06; 11/8/06; 12/7/06; 12/26/07; and 1/16/07.  On each occasion, the transaction was either identified by the subject identifier or the Item ID (1012 and 1002).

40.  A check with the District of Columbia Division of Motor Vehicles on or about July, 17, 2007 revealed that an individual named Dennis Sharp with a date of birth of December 06, 1965 resides at the 713 D Street Northeast, Washington, DC 20002

41. The fact that Dennis Sharp spent $194.90 to purchase memberships to a website devoted to child pornography causes your affiant to believe that Dennis Sharp has a sexual interest in children.  Based on my previous investigative experience related to child pornography investigations, including investigations of subjects who subscribed to websites offering access to child pornography, I have learned that individuals who subscribed to such websites are often individuals who have a sexual interest in children and in images of children, and who download images and videos of child pornography.  Based upon my knowledge, experience, and training in child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, there are certain characteristics common to individuals involved in the receipt and collection of child pornography:

a.      Individuals who have a sexual interest in children or images of children may receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they may have viewing children engaged in sexual activity or in

sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity.

b.      Individuals who have a sexual interest in children or images of children may collect sexually explicit or suggestive materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media.  Individuals who have a sexual interest in children or images of children oftentimes use these materials for their own sexual arousal and gratification.  Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

c.      Individuals who have a sexual interest in children or images of children almost always possess and maintain their "hard copies" of child pornographic material, that is, their pictures, films, video tapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc., in the privacy and security of their home or some other secure location.  Individuals who have a sexual interest in children or images of children typically retain pictures, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, child erotica, and videotapes for many years.

d.      Likewise, individuals who have a sexual interest in children or images of children often maintain their collections that are in a digital or electronic format in a safe, secure and private environment, such as a computer and surrounding area.  These collections are often maintained for several years and are kept close by, usually at the collector's residence, to enable the individual to view the collection, which is valued highly.

e.      Individuals who have a sexual interest in children or images of children also may correspond with and/or meet others to share information and materials; rarely destroy correspondence from other child pornography distributors/collectors; conceal such correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography.

f.      Individuals who have a sexual interest in children or images of children prefer not to be without their child pornography for any prolonged time period.  This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world.

**CONCLUSION**

42.  Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence, fruits, and instrumentalities of such criminal offenses may be located at the residence described in Attachment A, in violation of 18 U.S.C. Sections 2251, 2252 and 2252A.

43.  I, therefore, respectfully request that attached warrant be issued authorizing the search and seizure of the items listed in Attachment B.


_____
TIMOTHY PALCHAK
Detective, Metropolitan Police Department


SUBSCRIBED and SWORN
before me this _____ day of July  2007 in the
District of Columbia


_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA

ATTACHMENT A


DESCRIPTION OF LOCATION TO BE SEARCHED

The residence located at: 713 D Street, Northeast, Apartment "D", Washington, DC is described as a red-brick, multi unit row house. Apartment "D", where Dennis Sharp is known to reside is located within 713 D Street, Northeast, Washington, DC.

ATTACHMENT B

DESCRIPTION OF ITEMS TO BE SEARCHED FOR AND SEIZED

a.    images of child pornography and files containing images of child pornography in any form wherever it may be stored or found including, but not limited to:

       i.    any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), and any electronic data storage devices including, but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums; any input/output peripheral devices, including but not limited to passwords, data security devices and related documentation, and any hardware/software manuals related to or used to: visually depict child pornography; contain information pertaining to the interest in child pornography; and/or distribute, receive, or possess child pornography, or information pertaining to an interest in child pornography, or information pertaining to an interest in child pornography;

       ii.    books and magazines containing visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. ' 2256;

       iii.    originals, copies, and negatives of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. ' 2256; and

       iv.    motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. ' 2256;

b.    information or correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. ' 2256, that were transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

i.    envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. ' 2256; and

ii.    books, ledgers, and records bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. ' 2256;

c.    credit card information including but not limited to bills and payment records;

d.    records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence; and

e.    records or other items which evidence ownership or use of computer equipment found in the above residence, including, but not limited to, sales receipts, bills for Internet access, and handwritten notes.