# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

JUL 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE PREMISES OF DENNIS SHARP

WASHINGTON, DC AND
THE COMPUTER(S) LOCATED
THEREIN

**SEARCH WARRANT**

CASE NUMBER 07-366-M-01

TO:  __TIMOTHY PALCHAK__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Timothy Palchak__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

NE, #D, Washington, DC, and the computer(s) therein, is described as a red-brick, multi unit row house, as further described in attachment A which is attached hereto and is incorporated reference

there is now concealed a certain person or property, namely (describe the person or property)

**contents more fully described in ATTACHMENT A, which is attached hereto and is incorporated reference**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 28, 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUl 18 2007 @ 4:15 pm             at Washington, D.C.

Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer             Signature of Judicial Officer

**RETURN**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7-18-07 | 7-18-07 1930 hours | |

INVENTORY MADE IN THE PRESENCE OF
MPD Detectives Andrews, Miranda, Palchak, USAO Investigator Marsh

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Blue-colored, wood box containing assorted receipts, and approximately 330 color and black and white printed images

Thirty-four VHS tapes

Three CDs

One Hewlett Packard color printer Model PSC 1315

One Gateway laptop computer

One General Electric VHS recorder

END

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_
U.S. Judge or U.S. Magistrate Judge

**FILED**
JUL 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7/19/07
Date